1
2
3
4
5
6
7

8  **UNITED STATES DISTRICT COURT**
   **WESTERN DISTRICT OF WASHINGTON**
9  **AT SEATTLE**

10

11 | DENICE LYNN REITER, | Case No. 2:20-cv-00213-RSL
12 | Plaintiff, |
13 | vs. | **ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DISCLOSURE, REBUTTAL AND DISCOVERY CUT-OFF DATES**
14 | HOLLAND AMERICA LINE N.V., a Curacao corporation; HAL ANTILLEN
15 | N.V., a Curacao corporation; HAL NEDERLAND N.V., a Curacao
16 | corporation; HOLLAND AMERICA LINE INC., a Washington corporation;
17 | HOLLAND AMERICA LINE USA INC., a Delaware corporation,
18 | Defendants
19

20 //
21 //
22 //
23 //

Order Granting Stipulated Motion to
Extend Expert Disclosure, Rebuttal and Discovery Cut-Off Dates
(Case No. 2:20-cv-00213-RSL) Page - 1

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

GOOD CAUSE APPEARING THEREOF and based on the concurrently filed Stipulated Motion to Extend Expert Disclosure, Rebuttal and Discovery Cut-Off Dates, IT IS HEREBY ORDERED:

| Matter | Current Date | Proposed Date |
| --- | --- | --- |
| Discovery Cut-off | November 1, 2021 | December 1, 2021 |
| Expert Disclosure (Initial) | September 6, 2021 | October 6, 2021 |
| Expert Disclosure (Rebuttal) | October 6, 2021 | November 5, 2021 |

IT IS SO ORDERED.

Dated this 6th day of August, 2021.

*MWS Lasnik*
Hon. Robert S. Lasnik
United States District Judge

Order Granting Stipulated Motion to
Extend Expert Disclosure, Rebuttal and Discovery Cut-Off Dates
(Case No. 2:20-cv-00213-RSL) Page - 2

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California  90831-1800
(562) 435-2626